IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

M. T. V. by and through his
Guardian and next friend, Laura
Nieto

:
:
:
:

v. : Civil Action No. DKC 10-1172

:

JERRY D. WEAST, et al.

:

**ORDER**

Laura Nieto, the great aunt and legal guardian of M. T. V., has filed a *pro se* complaint on behalf of the minor plaintiff, alleging violations of the Individuals with Disabilities Education Act ("IDEA"). (Paper 1). Parents and guardians, however, may not assert claims on behalf of their children:

> We therefore join the vast majority of our sister circuits in holding that non-attorney parents generally may not litigate the claims of their minor children in federal court. *See Shepherd v. Wellman*, 313 F.3d 963, 970 (6th Cir. 2002); *Navin v. Park Ridge Sch. Dist.*, 270 F.3d 1147, 1149 (7th Cir. 2001); *Devine v. Indian River County Sch. Bd.*, 121 F.3d 576, 581 (11th Cir. 1997); *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997); *Osei-Afriyie v. Med. Coll.*, 937 F.2d 876, 882-83 (3d Cir. 1991); *Cheung* [*v. Youth Orchestra Found. of Buffalo, Inc.*], 906 F.2d [59,] 61 [(2nd Cir. 1990)]; *Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986).

*Myers v. Loudoun County Public Schools*, 418 F.3d 395, 401 (4th Cir. 2005).  This limitation precludes parents or guardians from representing "their children's IDEA claims *pro se*."  *L.A. v. Granby Bd. of Educ.*, 227 Fed.Appx. 47, * 49 (2nd Cir. May 15, 2007) (citing *Tindall v. Poultney High School Dist.*, 414 F.3d 281, 285 (2nd Cir. 2005)).  Thus, while Ms. Nieto is free to represent herself on any claim that her own rights have been violated under the IDEA, *see Winkelman ex rel. Winkelman v. Parma City School Dist.*, 550 U.S. 516, 533 (2007), she cannot represent the interests of the minor child, unless she is an attorney.  *See Tindall*, 414 F.3d at 284-85 (quoting *Cheung v. Youth Orchestra Found. of Buffalo, Inc.*, 906 F.2d 59, 61 (2nd Cir. 1990)) ("[I]t is not in the interests of minors or incompetents that they be represented by non-attorneys.  Where they have claims that require adjudication, they are entitled to trained legal assistance so their rights may be fully protected.").

Accordingly, it is this 19th day of May, 2010, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiff obtain counsel for the minor plaintiff within thirty days of the date of this Order;

2. If Plaintiff fails to do so, the complaint will be dismissed without prejudice; and

3.    The clerk will transmit a copy of this Order directly to Plaintiff.

```
                           _____/s/_____
                           DEBORAH K. CHASANOW
                           United States District Judge
```